**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Chicago Whirly, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Whirlyball** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4037777** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1825 W. Webster Avenue** <br> **Chicago, IL 60614** <br> Number, Street, City, State & ZIP Code | **3650 Pebble Beach Rd.** <br> **Northbrook, IL 60062** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.whirlyball.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Chicago Whirly, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Chicago Whirly, Inc.**                                 Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **Chicago Whirly, Inc.**

Name

Case number (*if known*)

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **Chicago Whirly, Inc.**                                Case number (*if known*) _____
       Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**
              MM / DD / YYYY

X _____          **Adam Elias**
Signature of authorized representative of debtor   Printed name

Title   **CEO**

**18. Signature of attorney**

X  /s/ Susan Poll Klaessy                     Date   **June 20, 2024**
Signature of attorney for debtor                     MM / DD / YYYY

**Susan Poll Klaessy**
Printed name

**FOLEY & LARDNER LLP**
Firm name

**321 N. Clark Street**
**Suite 3000**
**Chicago, IL 60654**
Number, Street, City, State & ZIP Code

Contact phone   **312-832-4500**        Email address   **spollklaessy@foley.com**

**6298625 IL**
Bar number and State

01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                                          )
      **Chicago Whirly, Inc.**                 )   Chapter **11**
                                            )   Bankruptcy Case No.
                                            )
      Debtor(s)                             )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.      [To be completed in all cases]

I(We), **Adam Elias**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.      [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☑ I,  **Adam Elias**_____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Adam Elias**
_____          _____
Printed or Typed Name of Debtor or Representative          Printed or Typed Name of Joint Debtor

_____          _____
Signature of Debtor or Representative          Signature of Joint Debtor

**June 20, 2024**
_____          _____
Date          Date

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Chicago Whirly, Inc.** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | ☐ Check if this is an |
| Case number (if known): | | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accurate Temperature Control, Inc. PO Box 94 Brookfield, WI 53008 | eric@atcmilw.com 414-617-7620 | **Trade Debt** | | | | **$4,235.70** |
| ALLCITY Network, Inc. 2239 E. Colfax Ave. Denver, CO 80206 | Tyler M. tylerm@allcitynetwork.com 601-503-6747 | **Trade Debt** | | | | **$3,600.00** |
| Breakthru Beverage Illinois, LLC 3333 S. Laramie Ave Cicero, IL 60804 | ccorders@breakthrubev.com 708-298-3000 | **Trade Debt** | | | | **$3,627.96** |
| Edward Don & Company 2562 Paysphere Circle Chicago, IL 60674 | Greg Blasgen invoiceconfirmation@don.com 800-777-4366 | **Trade Debt** | | | | **$1,774.05** |
| Filter Services Inc. 25 Howard Ave. Des Plaines, IL 60018 | arcollections@filterservices.com 847-616-8710 | **Trade Debt** | | | | **$633.36** |
| Gordon Food Service Inc. P.O. Box 88029 Chicago, IL 60680-1029 | Steve Sarno ARDocumentSend@gfs.com 800-968-6490 | **Trade Debt** | | | | **$1,347.62** |
| Greco And Sons 1550 Hecht Road Bartlett, IL 60103 | Trinity Bills clortz@grecoandsons.com 630-837-9900 | **Trade Debt** | | | | **$4,505.30** |
| Image One Facility Solutions, Inc. 3601 Algonquin Road, #100 Rolling Meadows, IL 60008 | accounting@imageoneusa.com 630-616-1010 | **Trade Debt** | | | | **$6,120.00** |

Debtor    **Chicago Whirly, Inc.**                                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Navitas Credit Corp. 201 Executive Center Dr. Ste. 100 Columbia, SC 29210** | **customerservice@navitascredit. com** | **Trade Debt** | | | | **$1,363.59** |
| **RHL Enterprises LLC 832 Anita Ave Antioch, IL 60002** | **Rich@RHLUSA.com (847)395-6821** | **Trade Debt** | | | | **$1,418.90** |
| **Southern Glazer's Wine & Spirits of IL 300 E. Crossroads Parkway Bolingbrook, IL 60440** | **CustomerService@SGProof.com (630) 685-3000** | **Trade Debt** | | | | **$3,345.57** |
| **Spectrum Reach 1001 Morehead Square Dr. Suite 500 Charlotte, NC 28203** | **Reach Busops** **reachbusops@charter.com 877-286-7117** | **Trade Debt** | | | | **$1,500.00** |
| **STORE Master Funding XVII, LLC 8377 E. Hartford Drive Suite 100 Scottsdale, AZ 85255** | **Casey Raffetto** **craffetto@storecapital.com 678-557-9393** | **Landlord - Deferred Rent** | | | | **$1,339,635.00** |
| **THE SERVICE INNOVATORS 543 DIENS DR WHEELING, IL 60090** | **am@tsisnow.com (773) 278-8467** | **Trade Debt** | | | | **$2,222.92** |
| **Trusty Plumbing Inc. 205 Washington Ave. LaGrange, IL 60525** | **office@trusty-plumbing.com 630-518-2092** | **Trade Debt** | | | | **$6,680.00** |
| **U.S. Small Business Administration AttN: District Counsel 455 Market Street, Suite 600 San Francisco, CA 94105** | **victoria.clarke@sba.gov 800-827-5722** | **PPP Lender** | | | | **$109,985.00** |

Debtor   **Chicago Whirly, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UNUM Life Insurance Company of America** PO BOX 409548 ATLANTA, GA 30384-9548 | askunum@unum.com 800-275-8686 | **Insurance** | | | | **$1,346.69** |
| **US Foods, Inc.** Box 98420 Chicago, IL 60693-8420 | Joseph Boldin Joseph.Boldin@usfoods.com 800-323-1004 | **Trade Debt** | | | | **$22,745.95** |
| **Wells Fargo Credit Card** PO Box 77033 Minneapolis, MN 55480-7733 | alerts@notify.wellsfargo.com 1-833-441-0793 | **Trade Debt** | | | | **$582.77** |
| **Zeaport Equipment** 6 S. Spring Street Roselle, IL 60172 | Chris chris@zeaportequipment.com 630-894-9420 | **Trade Debt** | | | | **$564.00** |

**Fill in this information to identify the case:**

Debtor name      **Chicago Whirly, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**          X _____
                                         Signature of individual signing on behalf of debtor

                                         **Adam Elias**
                                         Printed name

                                         **CEO**
                                         Position or relationship to debtor

## ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF CHICAGO WHIRLY INC.

### June 20, 2024

The undersigned, being the members of the board of directors (the "Board") of CHICAGO WHIRLY, INC., an Illinois corporation (the "Company") does hereby consent to the adoption of the following resolutions in accordance with its certificate of incorporation and Illinois General Corporation Law:

**WHEREAS,** the Board has considered the financial and operational aspects of the Company's business;

**WHEREAS,** the Board has reviewed the historical performance of the Company, the Company's current and anticipated cash flows, and the current and long-term liabilities of the Company;

**WHEREAS,** the Board has reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company;

**WHEREAS,** the Board has considered the costs and benefits of the financial and strategic alternatives reasonably available to the Company, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders; and

**NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for Northern District of Illinois (the "Bankruptcy Court") and the Debtor has elected to proceed as a debtor under subchapter V of Chapter 11, as it has, in the aggregate as of the Petition Date, liquidated, non-contingent debt in an amount less than $7.5 million;

**RESOLVED, FURTHER,** that the officers of the Company (each, an "Authorized Officer"), on behalf of the Company, is hereby authorized, empowered and directed to take any and all actions, to execute, deliver, certify, file and/or record and perform all petitions, schedules, lists, and any and all other documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

4882-9002-6431.1

**RESOLVED, FURTHER,** that the Authorized Officers, on behalf of the Company, are hereby authorized, empowered and directed to retain the law firm of Foley & Lardner LLP ("Foley") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Foley;

**RESOLVED, FURTHER,** that the Authorized Officers, on behalf of the Company, are hereby authorized, empowered and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**RESOLVED, FURTHER,** that in connection with the commencement or continuation of the chapter 11 case by the Company, the Authorized Officers, on behalf of the Company, are hereby authorized, empowered and directed on behalf of, and in the name of, the Company to negotiate, execute and deliver a cash collateral, debtor-in-possession financing or other financing arrangement and the related guarantees thereto (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company;

**RESOLVED, FURTHER,** that any and all actions heretofore taken by the Board or any Authorized Officer in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and.

**RESOLVED, FURTHER,** that this Written Consent may be executed by facsimile signature or other electronic transmission (including by .pdf, .tif or similar format) and that such facsimile signature or electronic transmission shall have the same effect as original signatures personally delivered.

**IN WITNESS WHEREOF,** each of the undersigned has executed this Written Consent as of the date first written above.

_____
Robyn S. Elias

_____
Beth N. Roscoe

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Chicago Whirly, Inc.** _____    Case No. _____
                                    Debtor(s)              Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Whirl Management, Inc.**<br>**3650 Pebble Beach Road**<br>**Northbrook, IL 60062** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **June 20, 2024** _____    Signature _____
                                                      **Adam Elias**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Chicago Whirly, Inc.** _____     Case No. _____

_____ Debtor(s)     Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Chicago Whirly, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Whirl Management, Inc.**
**3650 Pebble Beach Road**
**Northbrook, IL 60062**

☐ None [*Check if applicable*]

**June 20, 2024** _____     /s/ Susan Poll Klaessy _____
Date                       **Susan Poll Klaessy**
                           Signature of Attorney or Litigant
                           Counsel for   **Chicago Whirly, Inc.**
                           **FOLEY & LARDNER LLP**
                           **321 N. Clark Street**
                           **Suite 3000**
                           **Chicago, IL 60654**
                           **312-832-4500 Fax:312-832-4700**
                           **spollklaessy@foley.com**

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Chicago Whirly, Inc.**                  Case No. _____

                           Debtor(s)     Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **158**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 20, 2024** _____          _____

                                          **Adam Elias**/CEO
                                          Signer/Title

A. Maestranzi
Sons Knife Services, LLC
3916 W. North Ave
Stone Park, IL 60165


Accurate Temperature Control, Inc.
PO Box 94
Brookfield, WI 53008


Airgas
2350 Sever Red
Ste. 300
Lawrenceville, GA 30043


Airgas USA LLC
PO Box 802576
Chicago, IL 60680


Alejandro Ramirez
8438 45th St
Lyons, ID 60534


Alicia Villalba
4849 W Kamerling Ave
City, IL 60651


ALLCITY Network, Inc.
2239 E. Colfax Ave.
Denver, CO 80206


Allison Corral
3048 N Long Ave
Chicago, IL 60641


ALSCO
2641 South Leavitt
Chicago, IL 60608

Alsco Uniforms
2641 S. Leavitt St.
Chicago, IL 60608


American Express National Bank
4315 South 2700 West
Salt Lake City, UT 84184


Ameyalli Cruz
2417 W Bryn Mawr Ave.
Chicago, IL 60659


Amory Graves
5122 W Fletcher
Chicago, IL 60641


Anderson Pest Control
A Rentokil Company
PO Box 740608
Cincinnati, OH 45274


Andre Carr
6543 S Minverva
Chicago, IL 60637


Angela Johnican
4630 S Wabash
Na
Chicago, IL 60653


Antonio Becton
4837 West Concord Pl.
Chicago, IL 60639


Arcana Hughes
3426 W McLean Ave
Unit 1
Chicago, IL 60647

Ashanty Barrios
4144 N Southport Ave
Apt 2
Chicago, IL 60613


Aurora Barrera
2146 N Lavergne Ave
Chicago, IL 60639


AVERUS Fire Services
3851 Clearview Ct.
Gurnee, IL 60031


Bonnie Nordquist
6N667 Harvey Road
Medinah, IL 60157


Breakthru Beverage Illinois, LLC
3333 S. Laramie Ave
Cicero, IL 60804


Brian Ochoa
5834s Sacramento
Chicago, IL 60629


Caity Hugo
2763 N Spaulding Ave
1
Chicago, IL 60647


Carlos Castrejon
4161 W byron St.
Apt. 2
chicago, IL 60641


Carlos Guerra
4204 N Menard ave
Chicago, IL 60634

Chicago Beverage System Inc
dba Windy City
441 N. Kilbourn Ave
Chicago, IL 60624


Chris Newman
3306 W. Schubert Ave.
1N
Chicago, IL 60647


Chris Taylor
700 S Oakley Blvd
1
Chicago, IL 60612


Chronicle Media, LLC
1910 S. Highland Ave., #250
Lombard, IL 60148


City of Chicago - Dep. of Finance
Utility Billing
PO Box 6330
Chicago, IL 60680


Classic Products Corp.
4617 Industrial Rd.
Fort Wayne, IN 46825


Comcast
PO Box 4089
Carol Stream, IL 60197


ComEd
PO Box 6111
Carol Stream, IL 60197


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

CT Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Daniel Wode
1920 W 21st Place
Apt. 1R
Chicago, IL 60608


David Brown
150 Lake St.
Glencoe, IL 60022


Davis Bancorp Incorporated
PO Box 1690
Barrington, IL 60011-1690


Dennis Gonzalez
2016 N. Tripp
Chicago, IL 60639


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Easy Ice
PO Box 650769
Dallas, TX 75265


EcoLab
PO Box 70343
Chicago, IL 60673


Eddie Lewis
5114 S Mobile Ave
Chicago, IL 60638

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Eli Irwin
4036 N Lawler Ave
n/a
Chicago, IL 60641


Elijah Stange
1815 W MONROE ST
# 2E
Chicago, IL 60612


Elizabeth Garcia
4903 W 31st Pl
2
Cicero, IL 60804


Emely Concepcion
1650 N Lawndale
Chicago, IL 60647


Emerson Ganton
4016 Sherdian Rd
S2
IL, IL 60613


Emilia Rodriguez
3715 North Oakley Avenue
Chicago, IL 60618


Enrique Franco
6163 N. Kenmore Ave., #205
Chicago, IL 60660

Eric Arteaga
6058 N. Mozart St.
Basement Apt.
Chicago, IL 60659


Erwin Gonzalez
2016 N Tripp
2r
Chicago, IL 60636


Fernanda Martinez
2526 N Monitor
Chicago, IL 60639


Filter Services Inc.
25 Howard Ave.
Des Plaines, IL 60018


Fintech
3109 W. Dr. Martin Luther King Blvd
#200
Tampa, FL 33607


Flotron Enterprises
P.O. Box 425
Boonville, IN 47601


Focus HR, Inc.
117 S. Cook Street
#343
Barrington, IL 60010


Frida Flores
4173 W Eddy St
Chicago, IL 60641

Gabby Vega
4111 W Belle Plaine Ave
3E
IL, IL 60641


German Martinez
941 West Agatite Avenue
Chicago, IL 60640


Gordon Food Service Inc.
P.O. Box 88029
Chicago, IL 60680-1029


Greco And Sons
1550 Hecht Road
Bartlett, IL 60103


Guillermo Zavala
1055 W GRANVILLE AVE
611
Chicago, IL 60660


Halina Chrobak
2450 Forest View
River Grove, IL 60171


Harry Kozlowski
7873 W Cahill Terr
1
Chicago, IL 60634


Illinois Dep. of Employment Securit
Security - Benefit Payment Control
PO Box 4385
Chicago, IL 60680

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


Illinois Student Assist. Commission
Bankruptcy Dept.
1755 Lake Cook Rd.
Deerfield, IL 60015


Image One Facility Solutions, Inc.
3601 Algonquin Road, #100
Rolling Meadows, IL 60008


Ivette Castro
6656 South Komenksky Ave
Chicago, IL 60629


Izabela Dadal
2450 Forest View Ave
River Grove, IL 60171


Jacinto Leon
4821 N Drake Ave
Chicago, IL 60625


Jaime Romero Rodriguez
5832 S Sacramento Ave
Chicago, IL 60629


Jay Hicks
3540 West 12th Place
Chicago, IL 60623


JCDecaux Chicago
Communication Network
P.O. Box 28650
New York, NY 10087-8650

Jesus Pacheco
Central Park Ave
# 1661
Chicago, IL 60623


JEWISH UNITED FUND
Accounting Department Room 4047
30 S. WELLS ST
CHICAGO, IL 60606


John Paszkiet
732 West Bittersweet Place
Apartment 906
Chicago, IL 60613


Jonathan Sheehan
5018 N Hermitage Ave
Apt 1
Chicago, IL 60640


Jordan Koyn
1075 W Roosevelt Road
206
Chicago, IL 60608


Josh Almeida
5428 S. Tripp Ave.
Chicago, IL 60632


Joshua Giles
5527 North Kenmore Avenue
1A
Chicago, IL 60640


JPMorgan Chase Bank, NA
Collateral MGMT Small Business
PO Box 33035
Louisville, KY 40232-9891

Juan Romero
5832 S Sacramento Ave
#2
Chicago, IL 60629


Julian Resendez
3225 S. Springfield Ave.
Chicago, IL 60623


Kamryn Honhorst
1449 N. Wicker Park Ave.
401
Chicago, IL 60622


Kevin Loaeza-Olivo
2431 North Springfield Ave
Chicago, IL 60647


Koby Hightower
1810 N St Louis
IL, IL 60647


Kutak Rock LLP
Attn: Whitney Kopicky, Esq.
1801 California St., # 3000
Denver, CO 80202


Lakeshore Beverage
PO Box 30789
Clarksville, TN 37040


LaMarco Systems, Inc.
425 Huehl Road, Bldg 5
Northbrook, IL 60197


Lester Avendano
7606 S. Marshfield Ave
Chicago, IL 60620

Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Lincoln Becker
1961 West Evergreen Ave
Chicago, IL 60622


Luis Medina
6303 W Grand Ave
Chicago, IL 60639


Lyssa Jordan
3706 N Spaulding Ave
2
Chicago, IL 60618


Magali Medina
5110 W Montana St
Chicago, IL 60639


Mariano's
2112 N. Ashland
Chicago, IL 60614


Mariel Velazquez
2422 N Hardin Ave
#1
Chicago, IL 60641


Martha Martinez
2718 N Kedzie
Chicago, IL 60647


Mayra Aguilar
5323 West Henderson St.
Chicago, IL 60641

MCPR - Michael Evenskaas
5218 N Winthrop Ave
Unit #2N
Chicago, IL 60640


Meagan Lord
6127 S Racine
Basement Apt
Chicago, IL 60636


Mercedes Santiago
5840 W Altgeld St
chicago, IL 60639


Michelle Rich
3214 N Hoyne Ave
Garden
Chicago, IL 60657


Mikayla Riley
18850 Queens Rd
Homewood, IL 60430


Morgan Armstead
6229 S King Drive
APT 1
Chicago, IL 60637


Myk Little
3851 N Albany Ave
Chicago, IL 60618


Navitas Credit Corp.
201 Executive Center Dr.
Ste. 100
Columbia, SC 29210

Noah Hogan
2072 N Campbell Ave
1
Chicago, IL 60657


Onward Technologies
P.O. Box 2488
Orland Park, IL 60462


Pablo Rivera
7540 N Ridge
Chicago, IL 60645


Paige Weiss
935 W Grace St
A
Chicago, IL 60613


Peoples Energy
Peoples Gas
PO Box 19100
Green Bay, WI 54307-9100


Peoples Gas
PO Box 6050
Carol Stream, IL 60197


Quavadis Bassett
3447 W Flournoy
Chicago, IL 60624


Rafael Garcia
2115 N Monitor
Chicago, IL 60639


Raul Aguilar
5323 West Henderson St.
Chicago, IL 60641

Resmark | ResmarkWeb | WaiverSign
7258 Racquet Club Dr.
Salt Lake City, UT 84121


Restaurant365
500 Technology Dr., #200
Irvine, CA 92618


REX Reservations
25 SW 9th St., #401
Miami, FL 33130


RHL Enterprises LLC
832 Anita Ave
Antioch, IL 60002


Rodney Blackmon
4330 W Potomac Ave
Chicago, IL 60651


Ryan Riggs
1137 W Pratt Blvd
606
Chicago, IL 60626


Salvador Garcia
1519 S 59 Ave
Cicero, IL 60804


Sam's Heating & A/C
213 Voltz Road
Northbrook, IL 60062


Schindler Elevator
853 N. Church Ct.
Elmhurst, IL 60126

Schindler Elevator Corporation
500 Park Blv., #750
Itasca, IL 60143


Serenity Buford
10549 South Racine Avenue
Chicago, IL 60643


Sergio Delarosa
4857 W. Melrose St
Bsmt
Chicago, IL 60641


Shawndrea Jennings
7341 S Carpenter St
Chicago, IL 60621


Shoes For Crews
5000 T-Rex Ave., Suite 1000
Boca Raton, FL 33431


Short Fuse Brewing Company
5000 N. River Rd.
Schiller Park, IL 60176


Social Security Administration
Office of GC Office of Prog. Lit.
6401 Security Blvd.
Baltimore, MD 21235


Southern Glazer's
Wine & Spirits of IL
300 E. Crossroads Parkway
Bolingbrook, IL 60440


Spectrum Reach
1001 Morehead Square Dr.
Suite 500
Charlotte, NC 28203

Stancorp Mortgage Investors, LLC
10265 NE Tanasbourne Dr.
Attn: Closing Dept., T3A
Hillsboro, OR 97124


Standard Insurance Company
Attn: Loan Closing, T3A
10265 NE Tanasbourne Dr.
Hillsboro, OR 97124


State Graphics
22292 N Pepper Rd
Unit C
Lake Barrington, IL 60010


STORE Master Funding XVII, LLC
8377 E. Hartford Drive
Suite 100
Scottsdale, AZ 85255


Stuever & Sons, Inc.
1001 N Lombard Rd
Lombard, IL 60148


THE SERVICE INNOVATORS
543 DIENS DR
WHEELING, IL 60090


Toast Inc.
333 Summer Street
Boston, MA 02210


Tripleseat Software LLC
300 Baker Ave., #160
Concord, MA 01742


Trusty Plumbing Inc.
205 Washington Ave.
LaGrange, IL 60525

U.S. Small Business Administration
Illinois District Office
332 S. Michigan Ave., #600
Chicago, IL 60604


United States EPA, Region 5
77 W. Jackson Blvd., Mail Code C14J
Emily Lane - Bankruptcy Contact
Chicago, IL 60604


UNUM Life Insurance
Company of America
PO BOX 409548
ATLANTA, GA 30384-9548


US Foods, Inc.
Box 98420
Chicago, IL 60693-8420


Victoria Medina
6303 W Grand Ave.
2nd Floor
Chicago, IL 60639


Waste Management of Illinois
PO Box 3020
Monroe, WI 53566


Wells Fargo Credit Card
PO Box 77033
Minneapolis, MN 55480-7733


Whirl Management, Inc.
3650 Pebble Beach Rd.
Northbrook, IL 60062


Windy City Linen
1150 Willis Avenue
Wheeling, IL 60090

Zeaport Equipment
6 S. Spring Street
Roselle, IL 60172